No. 357. MANEJA ET AL. *v.* WAIALUA AGRICULTURAL Co., LTD.; and

No. 358. WAIALUA AGRICULTURAL Co., LTD. *v.* MANEJA ET AL. C. A. 9th Cir. Certiorari granted. The Solicitor General is invited to participate in oral argument on behalf of the Secretary of Labor, as *amicus curiae. Richard Gladstein* and *Norman Leonard* for Maneja et al. *Rufus G. Poole, Milton C. Denbo* and *Philip Levy* for

the Waialua Agricultural Co., Ltd. *Solicitor General Sobeloff* filed a memorandum for the Secretary of Labor, as *amicus curiae.*